Vincent Jude **BRENNAN**, Movant,

v.

**KENTUCKY BAR ASSOCIATION**, Respondent.

No. 89–SC–448–KB.

Supreme Court of Kentucky.

Nov. 8, 1990.

ORDER OF REINSTATEMENT

On recommendation of the Kentucky Bar Association, Vincent Jude Brennan is hereby reinstated to the practice of law.

Mr. Brennan shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.